FILED IN CHAMBERS
U.S.D.C. - Atlanta

DEC 14 2017

By: James N. Hatten, Clerk
/s/ Am Cauuu
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAIN STREET RENEWAL, LLC,

    Plaintiff

v.

TAVIAR JONES[1] and all other occupants,

    Defendant

CIVIL ACTION FILE NO.
1:17-CV-4372-ODE-JKL

## ORDER

This civil action is before the Court on the Final Report and Recommendation of United States Magistrate Judge John K. Larkins III filed November 6, 2017 [Doc. 3] ("R&R"). No objections have been filed.

In the R&R, Judge Larkins recommends that this case be remanded to the Magistrate Court of Fulton County. Remand is warranted because this Court lacks jurisdiction over the case.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of Fulton County, Georgia.

SO ORDERED, this __14__ day of December, 2017.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

---

[1] Defendant is proceeding pro se.